```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARY LOUISE KELLY WOLFINGTON      :      CIVIL ACTION
and RICHARD I. WOLFINGTON         :
                                  :
          v.                      :
                                  :
DELAWARE RIVER PORT AUTHORITY     :
OF PENNSYLVANIA AND NEW JERSEY,   :
OFFICER THEODORE LOEBELL and      :
OFFICER KENNETH MANNY             :      NO. 04-04655-JF
```

MEMORANDUM AND ORDER

Fullam, Sr. J.                                          May 1, 2006

The motion for summary judgment filed on behalf of the individual defendants, Loebell and Manny, will be denied for two reasons: (1) the motion was filed too late, since the response is not due until the date of trial; and, more important, (2) it is obvious that there are disputed issues of material fact, and summary disposition is not justified.

An Order follows.

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARY LOUISE KELLY WOLFINGTON      :     CIVIL ACTION
and RICHARD I. WOLFINGTON         :
                                  :
        v.                        :
                                  :
DELAWARE RIVER PORT AUTHORITY     :
OF PENNSYLVANIA AND NEW JERSEY,   :
OFFICER THEODORE LOEBELL and      :
OFFICER KENNETH MANNY             :     NO. 04-04655-JF
```

ORDER

          AND NOW, this 1st day of May 2006, upon consideration of the motion for partial summary judgment filed on behalf of the defendants Loebell and Manny, IT IS ORDERED:

        That the motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.

2